30,410-05

From: Don Bonner
    TDCS No. 1819637
    C.T. Terrell Unit
    1300 F.M. 655
    Rosharon, Texas 77583

2/26/15

RECEIVED IN
COURT OF CRIMINAL APPEALS
MAR 04 2015
Abel Acosta, Clerk

TO: Mr. Abel Acosta, Clerk
    Court of Criminal Appeals
    of Texas P.O. Box 12308 Capitol
    Station, Austin, Texas 78711

RE: Don Anthony Bonner
    Tr. Ct. No. 12691860    WR-30,410-05

Dear Mr. Acosta,
Enclosed Please find the Original Exhibit (A)
Attachment to Relator's Original writ of Man-
damus that was file in this Court on Feb 9, 2015
that was Post mark Feb. 13, 2015. This Exhibit was
Accidently not put in with Relators Original
writ of Man damus but was cited at page
4 of the writ. Please file this Paper among
the Original writ and bring to the prompt
Attention of the Court. I am greatly sorry
for this MISTAKE and do greatly Appreciate your
time and ASSISTANCE in this Matter.

                        Sincerely D. B.
                    Don Anthony Bonner

# Exhibit (A)

Ex parte Don A. Bonnihi v. STATE of Texas.

Trial Court No. 12691860

WR- 30410-05



# TARRANT COUNTY

Thomas A. Wilder
District Clerk

November 21, 2014

RE: Request for copies.

DATE: NOVEMBER 21, 2014    DRAWER NUMBER: _____

NAME: DON A BONNER    CAUSE NUMBER: 1269186D

Court records are available at $.35 per page not certified, or $1.00 per page certified, payable in advance. Please remit by money order, cashiers check or business check made payable to Thomas A. Wilder, District Clerk.

X_____    Your request requires __22____ page(s). Upon submitting payment for copies, please return the enclosed copy of your request letter so that we can fill your order correctly

X_____    Other:    FOR SEARCH WARRANT AND AFFIDAVIT YOU WILL NEED TO REQUEST THOSE FROM FORT WORTH POLICE DEPARTMENT

X_____    Contact the court reporter listed below to request a copy of the statement of facts/Reporter's record and the costs for same.

Name: ANGIE TAYLOR

Address: 401 WEST BELKNAP ST

FORT WORTH, TEXAS 76196

Sincerely,

Thomas A. Wilder
District Clerk
Tarrant County, Texas

By: _Cindy Dutra_
CINDY DUTRA, Deputy

Encl: Copy of request letter

FILED
THOMAS A WILDER, DIST. CLERK
TARRANT COUNTY, TEXAS

NOV 12 2014

TIME 2:30
BY_____ DEPUTY

Don Anthony Bonner    S   In The 432nd

     Petitioner      S

                 S   District Court of

VS.                 S

                 S   Tarrant County

The State of Texas    S

     Respondent     S   Cause No. 1269186 D

## Petitioners Request for Court Records And Documents.

To the Honorable Judge of Said Court:

Now comes Petitioner Don Anthony Bonner Pro-Se seeks to move this court for copy of court records and Trial transcript In order to perfect his Appeal through the Judicial System. In Support of Petitioner will show the following:

(1) On December 27, 2013 the Court of Appeals for the Second District of Texas Fort Worth Affirm the Convict for unlawful possession of a firearm by a felon.

(2) On Sept. 17, 2014 The Court of Criminal Appeals of Texas refused Appellants petition for dis cretionary review (COA No. 02-12-00534-CR)

(3) In order to ~~perfect~~ A perfect a writ of Habeas Corpus In State And Federal Court Petitioner will need:

     (1) Trial transcripts

     (2) Summary of court docket

(1)

(3). Indictment
(4). Search Warrant and Affidavit
(5) Copy of Conviction and Judgment

(4) Petitioner will be prejudice in trying to
perfect his Appeal pro-se without these
records and court documents and denied
a meaningful Appeal process.

(5) For these reason mention Petitioner pray
that this court will grant this motion
in all things. So it is prayed.

Respectfully Submitted
/S/ Don Bonner
Don Anthony Bonner
TDCJ No.

Certification of Service

I, Don Anthony Bonner do hereby certify that
the foregoing is true and correct and was
served by placing the same in a U.S. Mail
Box on this 3 day of Sept. 2014 address
to:
Clerk of Court                    /S/ Don Bonner
                                  Don A. Bonner
                                  TDCJ No.
                                  C.T. Terrell Unit
                                  1300 F.M 655
                                  Rosharon, Texas

(2)

Don Anthony Bonner          S    In The 432nd
         Petitioner, Pro-se     S
                                S    District Court of
v.                              S    Tarrant County.
                                S
State of Texas                  S    Cause No. 1269186D
                                S

Petitioner's Affidavit of Inability to Pay Cost

I, Don Anthony Bonner declare, depose and say
I am the petitioner in the above entitled case.
In support of my Motion for Records and docum-
ents to proceed without being required to pay
court cost and fees for Records requested to
perfect Appeal and writ of Habeas Corpus.
    I state because of my poverty and in-
carceration in Texas Department of Criminal
Justice I am not able to earn or handle
money. I am unable to pay cost for copy
of court Records and transcripts. I currently
recieve a small amount of money from family
to purchase hygene necessities here on the Unit.
I do not own any stocks, bonds or have a bank
account.
    I further declare I am of sound mind and
state the above to be true and correct.
Executed on this 3 day of Sept. 2014.

                              By Don Bonner
                              Don Anthony Bonner.
                              TDCJ No. 1819637